# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| In re: Inventor Holdings, LLC | ) |
| Re-examination No. 90/009,918 | ) |
| Filed: June 23, 2011 | )   Appeal No. 2014- |
| For: System and Method For Supplying | ) |
| Supplemental Information For Video | ) |
| Programs | ) |

## NOTICE FORWARDING CERTIFIED LIST

A Notice of Appeal to the United States Court of Appeals for the Federal Circuit was timely filed on January 21, 2014, in the United States Patent and Trademark Office in connection with the above-identified re-examination proceedings. Under 35 U.S.C. § 143 and Fed. Cir. R. 17(b)(1), a Certified List is being forwarded to the United States Court of Appeals for the Federal Circuit.

A copy of the Certified List is also this day being forwarded to Appellant in an enveloped addressed as follows:

> Tarek N. Fahmi
> Ascenda Law Group, PC
> 84 W. Santa Clara Street
> Suite 550
> San Jose, CA 95113-1812

In addition, a copy of the Certified List is this day being forwarded to the third-party re-examination requestor addressed as follows:

> Andrew McAleavey
> PATENTBLAST
> 4600 Adeline Street, #101
> Emeryville, CA 94608

If copies of the Notice of Appeal and the filing fee of $500.00 have not been filed with this Court, Appellant is reminded that copies of the notice and filing fee should be

promptly filed with this Court. The mailing address of this Court is:

>US Court of Appeals for the
>Federal Circuit
>717 Madison Place, NW
>Washington, DC 20439

Associate Solicitors Coke Morgan Stewart and Jeremiah S. Helm are assigned to represent the Director in this appeal. Counsel for Appellant may contact Associate Solicitor Stewart or Helm at 571-272-9035 to arrange for designating the record pursuant to Fed. Cir. R. 30. All papers to be served on the Solicitor in connection with this appeal shall be delivered as follows:

| | |
|---|---|
| By hand to: | Office of the Solicitor<br>Madison West<br>600 Dulany Street, Room 08C43A<br>Alexandria, VA |
| By mail to: | Office of the Solicitor<br>Mail Stop 8<br>PO Box 1450<br>Alexandria, VA 22313 |

>Respectfully submitted,
>
>Michelle K. Lee
>Deputy Under Secretary of Commerce for
>Intellectual Property and Deputy Director of the
>United States Patent and Trademark Office

| | |
|---|---|
| Date: <u>March 10, 2014</u> | By:<u>/s/ Tawana A. Hawkins</u><br>**Tawana A. Hawkins**<br>Paralegal Specialist<br>Office of the Solicitor<br>Mail Stop 8<br>P.O. Box 1450<br>Alexandria, VA  22313<br>571-272-9035 |

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014, I electronically filed the foregoing CERTIFIED LIST with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. 25(c)(2), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012), to all registered CM/ECF users.

/s/ Tawana A. Hawkins
**Tawana A. Hawkins**
Paralegal Specialist

Form PTO 55 (12-80)

**U.S. DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

March 10, 2014
(Date)

**THIS IS TO CERTIFY** that the attached document is a list of the contents comprised from the electronic file of the Patent Reexamination Application identified below, said contents being a list of the papers comprising the record before the United States Patent and Trademark Office for the Reexamination Proceeding of:

**Requester(s):** Andrew McAleaey
**Patent Owner(s): Inventor Holdings, LLC.**

**Reexamination No: 90/009,918**

**Filed: June 23, 2011**

**Title of Invention:    SYSTEM AND METHOD FOR SUPPLYING SUPPLEMENTAL INFORMATION FOR VIDEO PROGRAMS**

By authority of the
**DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Lawana A. Hawkins
Certifying Officer

# Prosecution History of Reexamination No. 90/009/918
# Inventor Holdings, LLC

| DATE | DESCRIPTION |
|---|---|
| 06/23/2011 | Application |
| 07/13/2011 | Patent Assignment Abstract Title |
| 07/14/2011 | Notice of Assignment of Reexamination Request and Notice of Reexamination Request Filing Date |
| 07/18/2011 | West Law Cites |
| 07/19/2011 | Interview Summary |
| 08/24/2011 | Order Granting Ex Parte Reexamination, IDS and Search Notes |
| 10/13/2011 | Revocation of Power of Attorney and BIB |
| 10/26/2011 | Revocation of Power of Attorney |
| 11/02/2011 | Notice Regarding Change of Power of Attorney and Notice of Acceptance of Power of Attorney |
| 11/18/2011 | Office Action, Proposed Amendment and Non-Patent Literature |
| 01/23/2012 | Summary of Issues to be Discussed at Interview |
| 01/26/2012 | Interview Summary |
| 02/27/2012 | Patent Owner Declaration, Non-Patent Literature and Supplemental Response |
| 03/22/2012 | Office Action |
| 05/17/2012 | Petition for Extension of Time |
| 05/22/2012 | Decision on Petition for Extension of Time |
| 05/24/2012 | IDS and Foreign Literature |
| 06/22/2012 | Response Under 37 CFR §§ 1.116 and 1.530, Non-Patent Literature |
| 06/27/2012 | Supplemental Response |
| 07/20/2012 | Notice of Appeal |
| 09/07/2012 | Litigation Search Report |
| 09/11/2012 | Advisory Action |
| 09/12/2012 | Patent Owner's Petition for Extension of Time |
| 09/13/12 | Clarification of Certificate of Service For Patent Owner's Petition for Extension of Time |
| 09/20/2012 | Decision on Petition For Extension of Time |
| 10/12/2012 | Patent Owner's Petition for Extension of Time and Appeal Brief |
| 03/08/2013 | Examiner's Answer |
| 05/08/2013 | Reply Brief, Power of Attorney and Request for Oral Hearing Before the PTAB |
| 05/14/2013 | BIB |
| 05/15/2013 | Notice of Acceptance of Power of Attorney and Notice Regarding Change of Power of Attorney |

**Prosecution History of Reexamination No. 90/009/918**
**Inventor Holdings, LLC**

| Date | Event |
|---|---|
| 05/22/2013 | Acknowledgement of Reply Brief |
| 06/26/2013 | PTAB Docketing Notice |
| 07/23/2013 | Notice of Hearing |
| 07/31/2013 | Confirmation of Notice of Hearing |
| 11/01/2013 | Request For Presentation Equipment |
| 11/25/2013 | Decision on Appeal – Affirmed |
| 01/21/2014 | Notice of Appeal to CAFC |
| 01/30/2014 | Oral Hearing Held November 6, 2013 |