# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

March 31, 2014

To: Tarek N. Fahmi

Re: 14-1363 - In re: Inventor Holdings, LLC

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The Certificate of Interest does not contain a proof of service. Fed. R. App. P. 25; Fed. Cir. R. 25

- All PDFs submitted to the Court must be text-searchable. ECF-7(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court