**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From: Tarek N Fahmi (NAME)

_____ (ADDRESS)

Date: 2/12/14

## NON-APPROPRIATED ACCOUNT

| Item | | AMOUNT |
|---|---|---|
| ~~Admission Fee~~ PTO In re Walker Digital In re Inventor Holdings Ct | | 500.00 |
| Duplicate Cert. of Admission | 2/12/14 | |
| | TOTAL | 500.00 |

Clerk ☐
Deputy Clerk ☒ CH

Cash ☐   Check ☒   MONEY ORDER ☐

27588

**Bank of America**                                                                 Online Banking

**Business Advantage Chk - 6059: Account Activity Transaction Details**

|  |  |
|---|---|
| **Check number:** | 00000001132 |
| **Post date:** | 02/18/2014 |
| **Amount:** | -500.00 |
| **Type:** | Check |
| **Description:** | Check |

TAREK N FAHMI, APC
54 W SANTA CLARA ST., SUITE 550
SAN JOSE, CA 95113
                                                                                    1132
                                                                                    16-66/1220
                                                                                    675

Date: 2/3/14

Pay to the order of: Clerk of the Court, U.S. Court of Appeals for Fed. Circuit    $ 500.00

five hundred                                                                        0/100 Dollars

Bank of America

ACH RT 121000358

Memo: filing fee Inv. Holdings v. Lee

⑈001132⑈ ⑆122000661⑆ 0676⑈ 26059⑈

FRB CLEVELAND
0410-3603-3
US Treas DG - OTCNET
02/18/2014