# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1363

IN RE INVENTOR HOLDINGS, LLC

## DIRECTOR'S UNOPPOSED MOTION TO ENLARGE
## THE TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's brief, now due on July 3, 2014, be extended twenty-nine (29) days until August 1, 2014. This is the first enlargement of time requested by the Director.

Counsel for the Director requests this extension due to the number of issues raised in the present appeal. Additional time is further needed to allow others in the Solicitor's Office time to review the brief before filing. Appellant's counsel, Mr. Tarek Fahmi, has stated that he does not oppose this motion.

This motion is accompanied by a declaration and proposed Order.

June 24, 2014

Respectfully submitted,

/s/ Coke Morgan Stewart

NATHAN K. KELLEY
Solicitor

COKE MORGAN STEWART
JEREMIAH S. HELM
Associate Solicitors

Mail Stop 8
P.O. Box 1450
Alexandria, Virginia  22313
(571) 272-9035

*Attorneys for the Director of the United
States Patent and Trademark Office*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1363

IN RE INVENTOR HOLDINGS, LLC

## ORDER

Upon consideration of the Director's Unopposed Motion to Enlarge the Time for Filing the Director's Brief, it is

ORDERED that the Director's motion is granted and that the Director's brief is due August 1, 2014.

FOR THE COURT

Date: _____          _____

cc:     Nathan K. Kelley
        Solicitor
        U.S. Patent & Trademark Office
        Mail Stop 8
        P.O. Box 1450
        Alexandria, VA  22313
        (571) 272-9035

        Tarek N. Fahmi
        Ascenda Law Group, PC
        84 W. Santa Clara St., Ste. 550
        San Jose, CA  95113-1812
        (866) 877-4883
        Attorney for Appellant

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2014-1363

## IN RE INVENTOR HOLDINGS, LLC

## DECLARATION IN SUPPORT OF DIRECTOR'S UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

I, Coke Morgan Stewart, hereby declare:

1. I have been assigned to be the primary attorney on this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(5) and in support of the Director's motion for a 30-day extension of time for filing the Director's brief.

3. I believe good cause exists for the extension due to the number of issues raised in the present appeal.

4. Additional time is further needed to allow others in the Solicitor's Office time to review the brief before filing.

5. Counsel for Appellant, Mr. Tarek Fahmi, has stated that he does not oppose the Director's motion to seek an extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2014          /s/ Coke Morgan Stewart
                                   Coke Morgan Stewart
                                   Associate Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, the foregoing DIRECTOR'S

UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE

DIRECTOR'S BRIEF and proposed ORDER were electronically filed using the

Court's CM/ECF filing system.  Counsel was electronically served via e-mail

through and by the electronic filing system per Fed. R. App. P. 25 and Fed. Cir. R.

25(a) and 25(b).


/s/ Coke Morgan Stewart
Coke Morgan Stewart
Associate Solicitor
U.S. Patent & Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA  22313
(571) 272-9035