NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE INVENTOR HOLDINGS, LLC

---

2014-1363

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Reexamination No. 90/009,918.

---

ON MOTION

O R D E R

Upon consideration of the unopposed motion of appellee Michelle K. Lee to extend time to file her principal brief by 29 days until August 1, 2014,

IT IS ORDERED THAT:

The motion is granted. The appellee's brief is due on August 1, 2014.

FOR THE COURT

June 25, 2014 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court